**BARTEX RESEARCH, LLC,**
**Plaintiff–Appellant,**

v.

**FEDEX CORPORATION, FedEx Express Corporation, FedEx Ground Package System, Inc., and FedEx Kinko's Office and Print Services, Inc., Defendant–Appellees.**

No. 2010–1397.

United States Court of Appeals, Federal Circuit.

Feb. 22, 2011.

Richard B. Megley, Jr., Niro, Scavone, Haller & Niro, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Raymond P. Niro, David J. Sheikh, and Kara L. Szpondowski. Of counsel was Anna B. Folgers.

Doris Johnson Hines, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for defendants-appellees. With her on the brief were Christopher T. Blackford, John S. Sieman, and Jason W. Melvin; and Jeffrey A. Berkowitz, of Reston, VA. Of counsel on the brief was E. Chris Cherry, FedEx Corporation, of Memphis, TN.

Before NEWMAN, SCHALL, and LINN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**